# Bock Law Firm, LLC

134 N. LaSalle St., #1000  
Chicago, IL 60602  
Phone No.: (312) 658-5500  
Fax: (312) 658-5555  
Federal Tax ID: 20-3493107  
Statement as of: 08/23/2021  
Statement No: 0

**2796-001: Foley, Jennifer v. Student Assistance Corporation (SAC)**  
Foley, Jennifer

| **Expenses** | | Amount |
|---|---|---:|
| 11/21/2017 | Westlaw research charges | 94.88 |
| 11/22/2017 | Photocopies | 0.20 |
| 11/27/2017 | Photocopies | 1.20 |
| 11/28/2017 | Photocopies | 0.50 |
| 11/28/2017 | Photocopies | 1.20 |
| 11/28/2017 | Photocopies | 1.60 |
| 11/29/2017 | Photocopies | 1.70 |
| 11/30/2017 | Pacer Charges | 3.30 |
| 12/05/2017 | Photocopies | 1.70 |
| 12/05/2017 | Court Filing Fees - initial filing fee | 400.00 |
| 12/06/2017 | Westlaw research charges | 74.46 |
| 12/13/2017 | Service of Process - Student Assistance Corporation c/o Corporation Service Company, Registered Agent - summons, complaint with exhibits A-C, civil cover sheet, DMO and PAB appearances | 115.00 |
| 12/13/2017 | Service of Process - Student Assistance Corporation c/o Corporation Service Company, Registered Agent - summons, complaint with exhibits A-C, civil cover sheet, DMO and PAB appearances | 115.00 |
| 12/21/2017 | Photocopies | 0.20 |
| 12/28/2017 | Postage | 0.46 |
| 03/01/2018 | Filing Fees - MAB EDWI general admission | 216.00 |
| 03/31/2018 | Westlaw research charges | 34.10 |
| 04/20/2018 | Binding | 5.77 |
| 04/20/2018 | Filing Fees | 19.00 |
| 04/30/2018 | Westlaw research charges | 0.67 |
| 08/31/2018 | Westlaw research charges | 326.53 |

EXHIBIT B

| Date | Description | Amount |
|---|---|---|
| 09/30/2018 | Westlaw research charges | 29.57 |
| 10/31/2018 | Pacer Charges | 2.50 |
| 10/31/2018 | Westlaw research charges | 8.60 |
| 11/30/2018 | Westlaw research charges | 124.90 |
| 12/31/2018 | Westlaw research charges | 3.80 |
| 01/31/2019 | Westlaw research charges | 107.52 |
| 02/13/2019 | Reimbursement of Tod Lewis for travel expensees to Philadelphia to take 30b6 deposition - 2/26/19 | 346.00 |
| 02/21/2019 | Reimbursement of Tod Lewis for attorney travel expenses (hotel, cabs, meals) | 233.38 |
| 02/21/2019 | Reimbursement of Tod Lewis for airfare to Milwaukee, WI to defend Foley deposition | 204.00 |
| 03/21/2019 | Court Reporter/Transcript Expense | 424.15 |
| 03/28/2019 | Reimbursement of Tod Lewis for airfare for 4/26 trip to Indianapolis for 30(b)(6) deposition | 308.00 |
| 05/23/2019 | Reimbursement of Tod Lewis for attorney travel expenses (hotel, cabs, meals) | 379.26 |
| 05/23/2019 | Court Reporter/Transcript Expense | 644.25 |
| 06/18/2019 | Reimbursement of Mara Haiduk for Attorney Travel Expenses to deposition of Defendant in Indianapolis | 63.59 |
| 07/01/2019 | Binding | 6.30 |
| 07/03/2019 | Federal Express Delivery | 31.70 |
| | **Sub-total Expenses:** | **$4,330.99** |

| | | |
|---|---|---|
| | Total Current Billing: | $4,330.99 |
| | Total Payments: | $0.00 |
| | **Total Now Due:** | **$4,330.99** |

EXHIBIT B